IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:04CR3088 |
| FRANCISCO REYES RIVERA, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's motion to continue sentencing (filing 49). The Court, being fully advised in the premises, finds that said motion should be denied.

IT IS THEREFORE ORDERED that the defendant's motion to continue sentencing (filing 49) is denied.

Dated this 10th day of June, 2005.

BY THE COURT:

s/ The Honorable Richard G. Kopf
United States District Judge