IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:04CR3088 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **JUDGMENT** |
| | ) | |
| FRANCISCO REYES-RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America and against the defendant, Francisco Reyes-Rivera, providing that the defendant's motion to vacate his conviction pursuant to 28 U.S.C. § 2255 is dismissed with prejudice.

October 23, 2006              BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge