IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3088 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FRANCISCO REYES RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's motion for a status report (filing 87),

IT IS ORDERED that:

1. The clerk of the court shall mail copies of the court's Memorandum and Order and Judgment entered on October 23, 2006 (filings 85 and 86), to Defendant at the address shown on his motion.

2. In all other respects, the motion is denied.

3. This case shall remain closed.

February 28, 2007.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge